IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-12458-R |
| | ) | Chapter 7 |
| JAMES, JACKIE STEVEN | ) | |
| JAMES, LISA MARIA | ) | |
| | ) | |
| Debtors. | ) | |

### REPORT OF TRUSTEE OF UNCLAIMED DIVIDENDS AND OTHER MONIES UNDER 11 U.S.C. SECTION 347

**TO THE UNITED STATES BANKRUPTCY COURT CLERK:**

**COMES NOW** Patrick J. Malloy III, Trustee in the above styled case, and reports that there are dividends or other moneys remaining unclaimed after the dividend was declared and distributed on October 29, 2010.

The following is a list of the names and post office addresses, as far as known, of the person entitled thereto, showing the respective amounts payable:

| CLAIM NO. | NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 10 | Oklahoma Department of Human Services<br>Child Support Services<br>Sapulpa Child Support Office<br>P.O. Box 1126<br>Sapulpa, OK   74067 | $2,394.00 |
| 9B | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA   19114 | $ 554.32 |
| 9A | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21125<br>Philadelphia, PA   19114 | $   4.48 |

Total transferred into registry of the Court:          $2,952.80

Enclosed herewith is check made payable to your order in the amount of $2,952.80.

DATED: 2-24-2011

s/Patrick M. Malloy III
Patrick J. Malloy III, Trustee
111 West 5th St., Suite 700
Tulsa, Oklahoma  74103-4261
Telephone:    (918) 747-3491
Fax Number:  (918) 6103